**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  **IP Address:** 73.165.30.112
**Total Works Infringed:** 34  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: AF96EE573EB75078F49ABE87BB1FE91A3F15C177<br>File Hash: 68ED6A95AB2DCBC2551585DA2E428A2B9A052774D64B8426A22A6FFA825629F1 | 04-25-2021 23:28:57 | Blacked | 06-09-2018 | 07-14-2018 | PA0002130453 |
| 2 | Info Hash: 7EE851E09AB8BD5EB069382157EDEA8F2196F6D3<br>File Hash: 5015B4A5FAB09074E326E9CC89F43B29F1F63336A25B87B9D3A67061C215EE06 | 04-25-2021 23:20:01 | Blacked Raw | 08-30-2018 | 10-16-2018 | PA0002127777 |
| 3 | Info Hash: 9E327416325533C3D0F6B592CD2F8F3F70FC1D0A<br>File Hash: BB53292CCC77CAC9E8F30E027AC2F15221938C8CE0E3E907C5957FC576F75245 | 04-25-2021 23:17:28 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 4 | Info Hash: 08A41F7A327E6D515D72226A6677C858F98FB25F<br>File Hash: 94B8223AA557DEFD6FA162762B73E7069D5F9FE52E48360D2748E102A4AB4418 | 04-19-2021 23:32:15 | Tushy | 04-26-2020 | 05-19-2020 | PA0002241478 |
| 5 | Info Hash: 3C6D5785FDC3A9947EA11D9923048076FDE43B96<br>File Hash: CC0ECD3F17E3824A92E704EF79A7ED2101BF86232CBE14F2E24D445CD091E6AB | 02-16-2021 13:34:42 | Blacked Raw | 12-28-2018 | 02-02-2019 | PA0002155006 |
| 6 | Info Hash: 28B8B31C792F1CA34A908834F37BBD4399E80A0C<br>File Hash: FF460F609C0680B6B4BD70DC2BE94C1ADA2A5BF2DF66C005BAEE0A1C35D407AD | 02-10-2021 18:16:22 | Blacked Raw | 04-06-2020 | 04-17-2020 | PA0002237306 |
| 7 | Info Hash: 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC<br>File Hash: 6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 01-16-2021 02:38:26 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |
| 8 | Info Hash: 23EB7D7E16DD92EC70D4F119FBC6039307E914E7<br>File Hash: B5787689E64C8A1A5072708B59E4212459827FAA8E016443600B98120D6D3C40 | 01-15-2021 03:23:48 | Tushy | 10-13-2017 | 10-19-2017 | PA0002058299 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 333EF607453E84D6528AC24F90BAF0FAD4A1117A<br>File Hash: 8D68759EBB0D26D114D773A87E8A1E37F1FD3735B98773BB38286C4C8F1F36F1 | 01-15-2021 02:56:01 | Tushy | 03-27-2019 | 04-29-2019 | PA0002169944 |
| 10 | Info Hash: B80966EB25CE62DA272DA719ED0EFEF0C671D237<br>File Hash: 880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 01-15-2021 02:02:21 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 11 | Info Hash: D7D96219F75CB298E2C1029F953017860E5C1004<br>File Hash: BB58FBED18D81A3F0D14C271ADF4BE3A045E2E0C621BB5195F09A2908C189EF1 | 01-08-2021 23:45:56 | Blacked | 06-19-2018 | 07-14-2018 | PA0002130450 |
| 12 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash: 14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 11-30-2020 05:11:32 | Tushy | 07-20-2018 | 09-05-2018 | PA0002134598 |
| 13 | Info Hash: C4705CDBE06284FCCC4E7C0AFA85554E5CE10645<br>File Hash: 38CC20179FAA7E2EEEDD06E0F252EBF10C635BDF2F21540B6C96D0A18253BB10 | 10-13-2020 21:40:03 | Tushy | 04-06-2018 | 06-19-2018 | PA0002126674 |
| 14 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 09-24-2020 18:10:50 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 15 | Info Hash: F15A3D34FF0FD051292EC25A6DBB3F574863F6E2<br>File Hash: 4D5131F83A161A61BCC759E3AA7729C7BF9F99527E0D0FA59AD26AD5A61316B7 | 09-16-2020 23:38:41 | Blacked Raw | 04-17-2018 | 05-23-2018 | PA0002101308 |
| 16 | Info Hash: 284E4E396F1F787478E836FEEF797DE00E33D5E4<br>File Hash: C73311CD2890C6A77952ECBEDBCAEF582E16811B208D95CF9B9474DE8756B0A7 | 09-09-2020 04:57:23 | Blacked Raw | 10-14-2018 | 11-01-2018 | PA0002143424 |
| 17 | Info Hash: CB0D3A2DD39D12D6D1D0E2C443ED888B62498111<br>File Hash: 7B707376CC5B122A7C27CDA6D9D25EA806B8A3386816712746E86CC013B76C2A | 09-05-2020 14:56:08 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 09-02-2020 04:12:47 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 19 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 09-02-2020 03:53:04 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 20 | Info Hash: D2B4C2613F8E4D42CDA01E8D2703FBBDE0C97200<br>File Hash: E405FE35A132796271E2ADBEA8A8C4C82459515753C2BB36CE694B726C3CF3A3 | 09-01-2020 03:55:26 | Blacked | 03-21-2019 | 04-17-2019 | PA0002186999 |
| 21 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09-01-2020 02:59:04 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 22 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 08-29-2020 19:57:13 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 23 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 07-15-2020 01:53:51 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 24 | Info Hash: 1D1CFE4975FA86AA9A3DC1505EEAEED91CCB9B36<br>File Hash: 3954CD69773DA875F67C129965A028CC69868B630CEF7F65279EEC4C3A017EC9 | 06-21-2020 03:01:25 | Tushy | 09-03-2019 | 09-13-2019 | PA0002200699 |
| 25 | Info Hash: 8E4A1D5493356D733FE786D22DA796493DB5922B<br>File Hash: 5E32FFAAB916709CC4C35E9313620951C82208CA74FCF6B805649D3E22553150 | 03-08-2020 03:17:20 | Blacked | 01-15-2019 | 02-02-2019 | PA0002155371 |
| 26 | Info Hash: BCC18BD6272372F3CFC59A1BE674F61C4788F0CB<br>File Hash: 8A56C37DE8CCCDAA7BBD3EDFA4DC0F49439A4A4CCE0BED2C6768E4FC69BA25C0 | 03-04-2020 15:46:23 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: A1D049D475923190FF3A7134A0D2B9F10D62914B<br>File Hash: 5CC7B2A2F9FDF77BAA9590EA331B4ACA835003E9200CE9B46F9375AB1B4632E8 | 01-13-2020 05:05:25 | Vixen | 09-26-2018 | 10-16-2018 | PA0002127776 |
| 28 | Info Hash: B78AB6CCC9DD4B70558754E802F6BAC4B2E097F0<br>File Hash: DC7D19B9166202BC161BEDF969F840068FFB0B9168E1ABB9959B9D3136989FB0 | 01-13-2020 02:53:24 | Tushy | 10-23-2018 | 11-25-2018 | PA0002136621 |
| 29 | Info Hash: F84DCE97DEB71401BE49198E7C5E446530B70B41<br>File Hash: 848BF44DF42E6DA689001798B82FD17D51F221553930DA06ED1BADBC66BDA6F1 | 01-13-2020 00:22:31 | Vixen | 04-19-2019 | 05-28-2019 | PA0002200778 |
| 30 | Info Hash: 8F914AD5D985A4614B945A9CBAEA70996038A99E<br>File Hash: 499AAECDDEB0EF38775D6585DDFB835C753A3B942C24192C172D512837C47F65 | 01-13-2020 00:21:18 | Vixen | 07-03-2018 | 07-26-2018 | PA0002112153 |
| 31 | Info Hash: 50E15D2CBEC667D65E27914E8CD54CFC687BA554<br>File Hash: 894EB6B77308919ACE1143A162DF1B62024AC823EACDFAD00FFF7795200FA6E8 | 01-12-2020 23:34:21 | Vixen | 10-11-2018 | 10-28-2018 | PA0002130457 |
| 32 | Info Hash: 5C208E2ABF6083135CA52776A02D87442F215D60<br>File Hash: B55B49F458A42B14292868F01D2EB5F08D082276EBFADCC3517A80CD6DC4BAD9 | 11-30-2019 19:10:19 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 33 | Info Hash: FE39146F9DAF4014E1B016D7A4A99B25F4BAE402<br>File Hash: B537777134FFFE0A3C4ED930D7E2EE8EBA2DEEF32DA1B6AA08E0ABA59EC6D2FB | 09-17-2019 18:06:24 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 34 | Info Hash: 3C109B5928289FD0855824AB59FDCD825AE3DE52<br>File Hash: 298F389FC5A0D0A4362F8153771BC4364DF79973187D3C4C998DFBFE5EECDFE8 | 04-04-2019 00:22:27 | Vixen | 05-09-2018 | 06-19-2018 | PA0002126667 |