IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 21-2276** |
| **JOHN DOE subscriber assigned IP Address** : | |
| **73.165.30.112,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this 27th day of January 2022, upon consideration of the Parties' Joint Motion to Seal ECF No. 14 and Maintain Pseudonym Identifier in Case Caption (ECF No. 15), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Joint Motion (ECF No. 15) is **GRANTED**;

2. The Clerk of the Court shall maintain the caption of this case identifying Defendant as "John Doe infringer identified as using IP address 73.165.30.112"; and

3. The Clerk of the Court shall seal ECF Nos. 14, 14-2, and 16 until further ordered by this Court.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**